IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JANICE GORE                                                                                      PLAINTIFF

V.                                                                                    NO. 1:11CV00245-SA-JMV

MICHAEL J. ASTRUE                                                                              DEFENDANT

## ORDER

By Order (# 13) dated April 30, 2012, the court directed the claimant to show cause why this case should not be dismissed for her failure to file a brief in accordance with the court's earlier Order (# 10). On May 7, 2012, the claimant filed her response (# 15) along with her brief in support of the complaint (# 14). The court has reviewed the claimant's response and finds that her failure to timely file her brief was the fault of her counsel and that said neglect is, therefore, excusable in this instance. Nevertheless, plaintiff's counsel is warned that any further delays of these proceedings traceable to counsel, in the absence of a showing of good cause, will subject counsel to imposition of appropriate sanctions.

THEREFORE, IT IS ORDERED that the claimant's request for leave to file her brief outside the deadline is hereby GRANTED. The Commissioner shall file his responsive brief within 30 days of this date, and the claimant may file a reply brief within 7 days of the filing of the Commissioner's response.

This 8th day of May, 2012.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE