**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHER DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JANICE GORE, | § | PLAINTIFF |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 1:11-CV-00245-JMV |
| MICHAEL J. ASTRUE, | § | |
| Commissioner of Social | § | |
| Security Administration, | § | DEFENDANT |
| | § | |

**ORDER GRANTING MOTION FOR REVERSAL AND REMAND**

Pending before the Court is Defendant's Motion for Reversal and Remand because the ALJ did not properly evaluate the claimant's residual functional capacity, and the Appeals Council of the Social Security Administration has agreed to remand the case to an ALJ for further administrative proceedings. After considering the motion and being advised by counsel for the claimant that the claimant does not intend to oppose the motion, the Court finds that the motion should be granted. Therefore, it is

ORDERED that the Commissioner's motion is GRANTED, and this action is REVERSED and the matter REMANDED to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g).

This, the 13th day of August, 2012.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE