**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

| | | |
|---|---|---|
| JANICE GORE, § | | PLAINTIFF |
| § | | |
| vs. § | CIVIL ACTION NO. | |
| § | 1:11-CV-00245-JMV | |
| MICHAEL J. ASTRUE, § | | |
| Commissioner of Social § | | |
| Security Administration, § | | DEFENDANT |
| § | | |

**FINAL JUDGMENT**

Consistent with the Order entered this date granting the Commissioner's Motion to Remand [22] this action, it is,

THEREFORE, ORDERED that this action is REVERSED and the matter REMANDED to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED this the 13th day of August, 2012.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE