**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTER DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JANICE GORE, | § | PLAINTIFF |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 1:11-CV-00245-JMV |
| MICHAEL J. ASTRUE, | § | |
| Commissioner of Social | § | |
| Security Administration, | § | DEFENDANT |
| | § | |

## FINAL JUDGMENT

Consistent with the Order entered this date granting the Commissioner's Motion to Remand [22] this action, it is,

THEREFORE, ORDERED that this action is REVERSED and the matter REMANDED to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED this the 13th day of August, 2012.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE